THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION CINCINNATI

DONALD MCKENZIE,

     Plaintiff,

vs.

HIGHLAND COUNTY SHERIFF'S OFFICE, ET AL.,

     Defendants.

Case No.1:18-CV-00078-MRB

Judge Michael R Barrett

### ORDER

This matter is before the Court on Plaintiff's Objection (Doc. 26) to the Magistrate Judge's Report (Doc. 23) recommending dismissal of his Complaint (Doc. 1). Plaintiff's objection is not well taken because: (1) the objection is untimely, having been placed in the prison mail system on February 1, 2019 (Doc. 26, PageID 110) despite a January 21, 2019 due date; and (2) the objection substantively fails to show any defect in the magistrate judge's analysis of the applicable statute of limitations. Plaintiff's Complaint is time barred and thus **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

                                                   s/*Michael R. Barrett*
                                                   Hon. Michael R. Barrett
                                                   United States District Judge